UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASTI MARIA DA SILVA JACKSON, | Case No. C22-1068RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SEATTLE CENTRAL COMMUNITY COLLEGE, | |
| Defendant. | |

*Pro se* Plaintiff Vasti Maria Da Silva Jackson was granted leave to proceed *in forma pauperis* in this matter on August 2, 2022. Dkt. #3. The Complaint has been posted on the docket. #4. Summons has not yet been issued.

Ms. Jackson pleads that she brought an action against the Bush Administration, the FBI, and Seattle Central Community College in 2004, Case. No. 04-cv-01417-TSZ, but that "under the persistent pressure of harassment, extortion, coercion, wrongful persecution, and death threats against my life, committed by Mr. Steven Keith Nelson… I was impaired to show up when the Honorable Judge Zilly… ordered me to appear in court, and consequently, my case was dismissed." *Id*. at 1.

She alleges that she reopened the case in 2006, was once again asked to appear in court, and was once again threatened by Mr. Nelson and failed to appear, resulting in dismissal. *Id*. at

ORDER TO SHOW CAUSE - 1

2. She states that all of the crimes mentioned in this Complaint directly or indirectly involve Seattle Central Community College and are not subject to the statute of limitations "because so many other crimes associated with Seattle Central Community College are still being committed against me, and Seattle Central Community College, during all these years, have benefited with the horrendous crimes that Mr. Steven Keith Nelson and the gang of criminals who are infiltrated inside Seattle Central Community College, are still committing against me." *Id.*

Ms. Jackson alleges the following causes of action against Seattle Central Community College: intentional infliction of emotional distress/outrage, battery, defamation, retaliation, deprivation of rights under § 1983, breach of contract, false imprisonment, sexual assault, and a civil action under *Bivens*. *Id*. at 3–5.

The Complaint spends several pages detailing what appear to be her claims against the Bush Administration from her original 2006 lawsuit. *See id.* at 7. These claims veer wildly off topic from any potential claims that could be brought against this Defendant now. For example, one paragraph states:

> Then, one morning, during the second week of March 2003, while interrogating me inside the classroom, a male undercover government agent, told me that on my immigration papers, there were claims that I was born and raised on a very poor Brazilian background, but my sophisticated persona was not consistent with someone coming from such a poor background. He told me that I smelled like rotten fish and looked like a fraud, and he wanted to know from where the money that I had in my bank account had come from, who had paid for me to come to the United States, and who was paying for my college tuition. And when I told him that none of that was his business, he called me a political prostitute!

*Id*. at 13.

ORDER TO SHOW CAUSE - 2

Ms. Jackson fails to mention any acts of Seattle Central Community College, or which could reasonably be associated with Defendant, which occurred in the last fifteen years.

Ms. Jackson accuses Seattle Central Community College of causing permanent trauma and seeks punitive damages against it in the amount of 73 million dollars. *Id*. at 27.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Before analyzing this Complaint, the Court notes that Ms. Jackson brought a similar action earlier this year against Steven Keith Nelson, Case No. 2:22-cv-00053-JHC, which was recently dismissed by the Honorable John H. Chun. In that case, Ms. Jackson raised similar allegations against Mr. Nelson and sought 19 million dollars in damages.

Turning to this most recent lawsuit, filed later in the same year, the Court finds that the Complaint likely fails to state a claim, appears to raise frivolous or malicious claims, and seeks monetary relief from a defendant that is likely immune from such relief. Ms. Jackson's claims against Seattle Central Community College are fantastical and appear unrelated to an equally fantastical claim of a vast conspiracy orchestrated by the Bush Administration and Mr. Nelson to embarrass and harm Ms. Jackson. Even if such claims were not frivolous, they have been brought previously and dismissed in prior actions. Furthermore, all of her claims are almost certainly barred by applicable statutes of limitation. There is no reasonable basis to equitably toll the statutes of limitation. It appears clear to the Court that filing this lawsuit will not and cannot provide relief for Plaintiff.

This Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). In Response to this Order, Ms. Jackson must write a short statement

ORDER TO SHOW CAUSE - 3

telling the Court: (1) why her claims are not duplicative of previously dismissed lawsuits, (2) why the statute of limitations does not bar all of her claims; and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six double-spaced (6) pages**. Attachments or amended pleadings are not permitted. The Court will take no further action in this case until Ms. Jackson has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Ms. Jackson shall file a Response to this Order to Show Cause containing the detail above **no later than thirty (30) days from the date of this Order**. Failure to file this Response will result in case dismissal.

DATED this 5th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE